```
1  David N. Kuhn - State Bar No. 73389
   Attorney-at-Law
2  144 Hagar Avenue
   Piedmont, CA 94611
3  Telephone:(510)653-4983
   E-mail: dnkuhn@pacbell.net
4  Attorney for plaintiff Gregory Bender
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GREGORY BENDER, | ) Case No. C 09-01149 MMC |
| | ) |
| Plaintiff, | ) STIPULATION RE: RESCHEDULING |
| vs. | ) INITIAL CASE MANAGEMENT |
| | ) CONFERENCE; ORDER THEREON |
| ADVANCED MICRO DEVICES, INC., a | ) |
| Delaware corporation, | ) |
| | ) |
| Defendant. | ) |

The initial case management conference in the above-captioned case is scheduled currently for August 7, 2009, at 10:30 a.m. The parties hereto, through counsel, hereby stipulate that the initial case management conference herein may be rescheduled and so held on September 25, 2009, at 10:30 a.m.

Dated: August 5, 2009  _____/S/_____
                            David N. Kuhn, Counsel for Plaintiff

Dated: August 5, 2009   O'Melveny & Myers LLP, counsel for defendant
                        By_____/S/ Mark E. Miller_____

Stipulation rescheduling cmc

Page 1

```
1
2   I, David N. Kuhn, attest that I am the ECF user whose log-in and
    password are being used to e-file this Stipulation and that
    concurrence in the filing of this document has been obtained from
3   O'Melveny & Myers LLP, counsel for the defendant.

4   Executed on August 5, 2009              _____/S/_____
    PIEDMONT, CALIFORNIA                             David N. Kuhn
5
```

### ORDER

The Case Management Conference currently scheduled for August 7, 2009 is hereby CONTINUED to October 23, 2009. A Joint Case Management Statement shall be filed no later than October 16, 2009.

Dated: August 6, 2009

_____
Maxine M. Chesney
United States District Judge

Stipulation to reschedule cmc