1  MARK E. MILLER (S.B. # 130200) markmiller@omm.com
2  ANNE E. HUFFSMITH (S.B. # 236438) ahuffsmith@omm.com
   O'MELVENY & MYERS LLP
3  Two Embarcadero Center, 28th Floor
   San Francisco, California 94111-3823
4  Telephone:  415.984.8700
   Facsimile:  415.984.8701

Attorneys for Defendant and Counterclaimant
ADVANCED MICRO DEVICES, INC.

David N. Kuhn (State Bar #73389)
Attorney-at-Law
144 Hagar Avenue
Piedmont, CA 94611
Telephone: (510) 653-4983
E-mail: dnkuhn@pacbell.net

Attorney for Plaintiff
GREGORY BENDER

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| GREGORY BENDER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ADVANCED MICRO DEVICES, INC.,<br><br>　　　　Defendant. | Case No. C09-01149 MMC<br><br>**STIPULATION AND [P~~ROP~~OSED] ORDER** |

1     WHEREAS the deadline for Advanced Micro Devices, Inc. ("AMD") to serve Patent L.R. 3-3 and 3-4 Disclosures is currently set for December 21, 2009 (D.E. 21);

    WHEREAS AMD's Motion to Strike or Compel Patent L.R. 3-1 Compliant Infringement Contentions is currently pending and will not be heard until January 27, 2010 (D.E. 26 and 34);

    THEREFORE, pursuant to Civil Local Rule 6-2(a), the parties hereby STIPULATE and AGREE that the deadline for AMD to serve Patent L.R. 3-3 and 3-4 Disclosures is the **later** of (a) 45 days after Bender serves infringement contentions that comply with Patent L.R. 3-1, OR (b) 14 days after the Court decides AMD's Motion To Strike or Compel Compliant Infringement Contentions. The subsequent Patent Local Rules deadlines will follow from the modified Patent L.R. 3-3 and 3-4 deadline. The declaration required by Civil Local Rule 6-2(a) is attached. (*See* Huffsmith Declaration.)

Respectfully submitted,

Dated: December 17, 2009      By: /s/ *Mark E. Miller*
    Mark E. Miller
    O'Melveny & Myers LLP
    Counsel for Defendant
    ADVANCED MICRO DEVICES, INC.

Dated: December 17, 2009      By: /s/ *David N. Kuhn*
    David N. Kuhn
    Attorney-at-Law
    Counsel for Plaintiff GREGORY BENDER

    Pursuant to General Order No. 45 X(B), I hereby attest that concurrence in the filing of this document has been obtained from each of the above-listed signatories.

Respectfully submitted,

Dated: December 17, 2009      By: /s/ *Anne E. Huffsmith*
    Anne E. Huffsmith
    O'Melveny & Myers LLP
    Counsel for Defendant
    ADVANCED MICRO DEVICES, INC.

PURSUANT TO STIPULATION IT IS SO ORDERED:

Dated: 12/17/09      _____
    The Honorable Edward M. Chen
    United States Magistrate

IT IS SO ORDERED
Judge Edward M. Chen