**In the United States District Court
for the Northern District of California
Magistrate Judge Edward M. Chen**

**CIVIL MINUTES**

**E-FILING**

**Date:** April 21, 2010

**Case No:** C09-1149 MMC (EMC)                    **Time:** 10:37-11:02

**Case Name:** Bender v. Advanced Micro Devices          **Reporter:** Kathy Wyatt
                                                                         (925) 212-5224

**Attorneys:**   David Kuhn for Plaintiff
                 Mark Miller and Sara Jeruss for Defendant

**Deputy Clerk:** Betty Lee

**PROCEEDINGS:**

- DEFENDANT AND COUNTER-CLAIMANT ADVANCED MICRO DEVICES' MOTION TO STRIKE INFRINGEMENT CONTENTIONS
(Docket #46)

**ORDERED AFTER HEARING:**

Court continued hearing to 6/23/10 at 10:30 a.m.  Plaintiff's supplemental brief shall be filed by 6/9/10.  Defendant's reply shall be filed by 6/16/10.  Court to issue detailed order.

**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [ x]  Court

**Case continued to:**   6/23/10 at 10:30 a.m. Further hearing on DEFENDANT AND COUNTER-CLAIMANT ADVANCED MICRO DEVICES' MOTION TO STRIKE INFRINGEMENT CONTENTIONS

cc: EMC