1  MARK E. MILLER (S.B. # 130200) markmiller@omm.com
2  ANNE E. HUFFSMITH (S.B. # 236438) ahuffsmith@omm.com
   SARA E. JERUSS (S.B. # # 258716) sjeruss@omm.com
3  O'MELVENY & MYERS LLP
   Two Embarcadero Center, 28th Floor
4  San Francisco, California  94111-3823
   Telephone:    415.984.8700
5  Facsimile:    415.984.8701

6  Attorneys for Defendant and Counterclaimant
   ADVANCED MICRO DEVICES, INC.
7

8  David N. Kuhn (State Bar #73389)
   Attorney-at-Law
9  144 Hagar Avenue
   Piedmont, CA 94611
10 Telephone: (510) 653-4983
   E-mail: dnkuhn@pacbell.net
11
   Attorney for Plaintiff and Counterdefendant
12 GREGORY BENDER

13

14                       **UNITED STATES DISTRICT COURT**

15                      **NORTHERN DISTRICT OF CALIFORNIA**

16                            **SAN FRANCISCO DIVISION**

17

18 GREGORY BENDER,                        Case No.  C09-01149 MMC (EMC)

19           Plaintiff and                **STIPULATION AND [PROPOSED]**
             Counterdefendant,            **ORDER**
20
        v.
21
   ADVANCED MICRO DEVICES, INC.,
22
             Defendant and
23           Counterclaimant.

24

25      WHEREAS the hearing on Advanced Micro Devices, Inc.'s ("AMD's") Renewed Motion

26 to Strike Infringement Contentions ("Motion") is currently set for June 23, 2010 at 3:00 PM;

27      WHEREAS the parties have reached a tentative settlement agreement;

28      WHEREAS the parties need additional time to finalize their settlement agreement and file

STIPULATION AND [PROPOSED] ORDER                              CASE NO. C09-01149 MMC (EMC)

1  the requisite documents with the Court;

2  WHEREAS counsel for AMD contacted the Court regarding continuing the hearing on

3  AMD's Motion and the Court advised counsel for AMD to file with the Court the present

4  stipulation;

5  THEREFORE, the parties hereby STIPULATE and AGREE that the hearing on AMD's

   at 10:30 a.m.

6  Motion shall be continued until August 25, 2010, to allow the parties time to finalize their

7  settlement agreement and file the requisite documents with the Court.

Respectfully submitted,

Dated: June 23, 2010          By: */s/ Mark E. Miller*
                                   Mark E. Miller
                                   O'Melveny & Myers LLP
                                   Counsel for Defendant
                                   ADVANCED MICRO DEVICES, INC.

Dated: June 23, 2010          By: */s/ David N. Kuhn*
                                   David N. Kuhn
                                   Attorney-at-Law
                                   Counsel for Plaintiff GREGORY BENDER

Pursuant to General Order No. 45 X(B), I hereby attest that concurrence in the filing of this document has been obtained from each of the above-listed signatories.

Respectfully submitted,

Dated: June 23, 2010          By: */s/ Mark E. Miller*
                                   Mark E. Miller
                                   O'Melveny & Myers LLP
                                   Counsel for Defendant
                                   ADVANCED MICRO DEVICES, INC.

PURSUANT TO STIPULATION IT IS SO ORDERED:

Dated: 6/23/10          _____
                        The Honorable Edward M. Chen
                        United States Magistrate Judge

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

STIPULATION AND [PROPOSED] ORDER                          09-01149 MMC (EMC)