MARK E. MILLER (S.B. # 130200) markmiller@omm.com
ANNE E. HUFFSMITH (S.B. # 236438) ahuffsmith@omm.com
SARA E. JERUSS (S.B. # 258716) sjeruss@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California 94111-3823
Telephone:   415.984.8700
Facsimile:   415.984.8701

Attorneys for Defendant and Counterclaimant
ADVANCED MICRO DEVICES, INC.

David N. Kuhn (State Bar #73389)
Attorney-at-Law
144 Hagar Avenue
Piedmont, CA 94611
Telephone:  (510) 653-4983
E-mail:  dnkuhn@pacbell.net

Attorney for Plaintiff and Counterdefendant
GREGORY BENDER

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| GREGORY BENDER,<br><br>   Plaintiff and Counterdefendant,<br><br>   v.<br><br>ADVANCED MICRO DEVICES, INC.,<br><br>   Defendant and Counterclaimant. | Case No.  C09-01149 MMC (EMC)<br><br>**STIPULATION AND [PROPOSED] ORDER** |

WHEREAS a status conference is currently set for July 16, 2010 at 10:30 AM;

WHEREAS the parties have reached a tentative settlement agreement;

WHEREAS the parties need additional time to finalize their settlement agreement and file the requisite documents with the Court;

STIPULATION AND [PROPOSED] ORDER                                                                       CASE NO. C09-01149 MMC (EMC)

1  THEREFORE, the parties hereby STIPULATE and AGREE that the status conference scheduled for July 16, 2010 shall be continued to August 27, 2010 at 10:30 am to allow the parties time to finalize their settlement agreement and file the requisite documents with the Court.

Respectfully submitted,

Dated: July 13, 2010  By: /s/ Mark E. Miller
Mark E. Miller
O'Melveny & Myers LLP
Counsel for Defendant
ADVANCED MICRO DEVICES, INC.

Dated: July 13, 2010  By: /s/ David N. Kuhn
David N. Kuhn
Attorney-at-Law
Counsel for Plaintiff GREGORY BENDER

Pursuant to General Order No. 45 X(B), I hereby attest that concurrence in the filing of this document has been obtained from each of the above-listed signatories.

Respectfully submitted,

Dated: July 12, 2010  By: /s/ Mark E. Miller
Mark E. Miller
O'Melveny & Myers LLP
Counsel for Defendant
ADVANCED MICRO DEVICES, INC.

PURSUANT TO STIPULATION IT IS SO ORDERED:

Dated:  July 14, 2010      /s/ Vaughn R Walker for
The Honorable Maxine M. Chesney
United States District Judge

STIPULATION AND [PROPOSED] ORDER   - 2 -   CASE NO. C09-01149 MMC (EMC)