1  MARK E. MILLER (S.B. # 130200) markmiller@omm.com
2  ANNE E. HUFFSMITH (S.B. # 236438) ahuffsmith@omm.com
   SARA E. JERUSS (S.B. # 258716) sjeruss@omm.com
3  O'MELVENY & MYERS LLP
   Two Embarcadero Center, 28th Floor
4  San Francisco, California  94111-3823
   Telephone:    415.984.8700
5  Facsimile:    415.984.8701

6  Attorneys for Defendant and Counterclaimant
   ADVANCED MICRO DEVICES, INC.
7

8  David N. Kuhn (State Bar #73389)
   Attorney-at-Law
9  144 Hagar Avenue
   Piedmont, CA 94611
10 Telephone:  (510) 653-4983
   E-mail:  dnkuhn@pacbell.net
11
   Attorney for Plaintiff and Counterdefendant
12 GREGORY BENDER

13                       UNITED STATES DISTRICT COURT
14
                         NORTHERN DISTRICT OF CALIFORNIA
15
                              SAN FRANCISCO DIVISION
16

17 GREGORY BENDER,                         Case No.  C09-01149 MMC (EMC)

18      Plaintiff and Counterdefendant,    **STIPULATION AND [PROPOSED]
                                           ORDER ; ORDER VACATING
19      v.                                 CLAIM CONSTRUCTION HEARING**

20 ADVANCED MICRO DEVICES, INC.,

21      Defendant and Counterclaimant.

22

23      WHEREAS a status conference is currently set for August 27, 2010 at 10:30 AM;

24      WHEREAS the parties have reached a tentative settlement agreement;

25      WHEREAS the parties need additional time to finalize their settlement agreement and file

26 the requisite documents with the Court;

27

28

   STIPULATION AND [PROPOSED] ORDER                       CASE NO. C09-01149 MMC (EMC)

1  THEREFORE, the parties hereby STIPULATE and AGREE that the status conference scheduled for August 27, 2010 shall be continued to September 24, 2010 at 10:30 am, or at such later date and time as is convenient for the Court, to allow the parties time to finalize their settlement agreement and file the requisite documents with the Court.

Respectfully submitted,

Dated: August 25, 2010   By: */s/ Mark E. Miller*
Mark E. Miller
O'Melveny & Myers LLP
Counsel for Defendant
ADVANCED MICRO DEVICES, INC.

Dated: August 25, 2010   By: */s/ Mark E. Miller*
David N. Kuhn
Attorney-at-Law
Counsel for Plaintiff GREGORY BENDER

Pursuant to General Order No. 45 X(B), I hereby attest that concurrence in the filing of this document has been obtained from each of the above-listed signatories.

Respectfully submitted,

Dated: August 25, 2010   By: */s/ Mark E. Miller*
Mark E. Miller
O'Melveny & Myers LLP
Counsel for Defendant
ADVANCED MICRO DEVICES, INC.

PURSUANT TO STIPULATION IT IS SO ORDERED: No further continuances will be granted absent a timely filing and an additional showing as to good cause. In light of the above, the September 20, 2010 claim construction hearing is hereby VACATED.

Dated: August 25, 2010                    _____
The Honorable Maxine M. Chesney
United States District Judge