David N. Kuhn – State Bar No. 73389
Attorney-at-Law
144 Hagar Avenue
Piedmont, CA 94611
Telephone:(510)653-4983
E-mail: dnkuhn@pacbell.net
Attorney for plaintiff Gregory Bender

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GREGORY BENDER,<br>　　　　　　plaintiff and<br>　　counter-defendant,<br>vs.<br>ADVANCED MICRO DEVICES, INC., a<br>Delaware corporation,<br>　　　　　　defendant and<br>　　counter-claimant. | Case No. C 09-01149 MMC (EMC)<br>STIPULATED MOTION TO RESCHEDULE CASE MANAGEMENT CONFERENCE AND <s>[PROPOSED]</s> ORDER |

　　　WHEREAS the parties reached a full settlement of the above-captioned case on August 17, 2010,

　　　WHEREAS the settlement agreement provides for a settlement payment to be made within 45 business days of the date of the settlement agreement following which appropriate dismissal documentation is to be filed by counsel for the parties,

　　　THEREFORE the parties hereby stipulate, through counsel, that the case management conference currently scheduled for

Page 1

Stipulated Motion to Reschedule cmc: 09cv1149 MMC (EMC)

September 24, 2010, at 10:30 a.m. may be continued to December 17, 2010, at 10:30 a.m. or to such other time as the Court may determine.

Dated: September 15, 2010 _____/S/_____
David N. Kuhn, Counsel for Plaintiff

Dated: September 15, 2010   O'Melveny & Myers LLP, counsel for Defendant
By_____/S/ Mark E. Miller_____

I, David N. Kuhn, attest that I am the ECF user whose log-in and password are being used to e-file this STIPULATED MOTION TO RESCHEDULE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER and that concurrence in the filing of this document has been obtained from Mark E. Miller of O'Melveny & Myers LLP, counsel for the Defendant.

Executed on September 15, 2010         _____/S/_____
PIEDMONT, CALIFORNIA                       David N. Kuhn

PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING, IT IS SO ORDERED.

DATED: September 16, 2010          _____
                                    Hon. Maxine M. Chesney
                                    United States District Judge