UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GREGORY BENDER,<br>        plaintiff and<br>    counter-defendant,<br>vs.<br><br>ADVANCED MICRO DEVICES, INC., a<br>Delaware corporation,<br>        defendant and<br>    counter-claimant. | ) Case No. C 09-01149 MMC (EMC)<br>)<br>) [~~PROPOSED~~] ORDER OF DISMISSAL<br>)<br>)<br>)<br>)<br>)<br>) |

    CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal of all claims asserted by plaintiff and counter-claim defendant Gregory Bender against defendant and counter-claimant Advanced Micro Devices, Inc., and of all claims asserted by defendant and counter-claimant Advanced Micro Devices, Inc. against plaintiff and counter-defendant Gregory Bender in this action, with prejudice, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED, AND DECREED that all claims asserted in this action by plaintiff and counter-defendant Gregory Bender against defendant and counter-claimant Advanced Micro Devices, Inc. and all claims asserted by defendant and counter-claimant Advanced Micro Devices, Inc. against plaintiff and counter-defendant Gregory Bender are hereby dismissed, with prejudice.

It is further ORDERED that all costs and expenses and attorneys' fees are to be borne by the party that incurred them.

IT IS SO ORDERED.

Dated: October 14, 2010

_____
UNITED STATES DISTRICT JUDGE